**Opinion issued August 1, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00356-CV**

————————————

**ESMAIL KARAMIAN, Appellant**

**V.**

**CORTLAND WEST CHAMPIONS, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1224753**

**MEMORANDUM OPINION**

Appellant filed a notice of appeal seeking to appeal an associate judge's decision to the county civil court at law for a de novo trial. The Harris County District Clerk's office filed a letter stating that its Letter of Assignment of the appeal to our Court was issued in error. Accordingly, we dismiss the appeal.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.